JONATHAN M. JACOBSON
jjacobson@wsgr.com
CHUL PAK (admitted *pro hac vice*)
cpak@wsgr.com
DANIEL P. WEICK (admitted *pro hac vice*)
dweick@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas
New York, NY 10019
Telephone:  (212) 999-5800
Facsimile:   (212) 999-5899

LISA A. DAVIS, State Bar No. 179854
ldavis@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304
Telephone:  (650) 493-9300
Facsimile:  (650) 493-6811

Attorneys for Defendant HTC Corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASCADES COMPUTER INNOVATION LLC,<br><br>                    Plaintiff,<br><br>          v.<br><br>RPX CORPORATION, HTC CORPORATION, LG ELECTRONICS, INC., MOTOROLA MOBILITY HOLDINGS, INC., SAMSUNG, ELECTRONICS CO. LTD., DELL INC.,<br><br>                    Defendants. | CASE NO.:  C 12-cv-1143 (YGR)<br><br>**STATEMENT OF DEFENDANTS HTC CORPORATION, LG ELECTRONICS, INC., SAMSUNG ELECTRONICS CO. LTD., AND MOTOROLA MOBILITY, INC., REGARDING THE MOTIONS TO DISMISS AND THE JULY 10 HEARING**<br><br>Date: July 10, 2012<br>Time:  2:00 PM<br><br>The Honorable Yvonne Gonzales Rogers |

1    Defendants LG Electronics, Inc., HTC Corporation, Samsung Electronics Co. Ltd.,

2    and Motorola Mobility, Inc. (collectively, "Remaining Manufacturing Defendants")

3    respectfully make the following statement respecting the pending and expected motions

4    to dismiss and the hearing scheduled for July 10, 2012.

5    Defendants Dell Inc. and RPX Corporation have filed motions to dismiss the

6    Complaint under FED. R. CIV. P. 12(b)(6).  Dkts. 54, 55.  Those motions are fully briefed

7    and calendared for argument on July 10.  The deadline for LG, Motorola, Samsung, and

8    HTC to respond to complaint is, for each company, July 16, 2012, roughly a week after

9    that hearing.  Dkts. 35, 36, 56, 57.

10    LG, Motorola, Samsung, and HTC also expect to seek dismissal under Rule

11    12(b)(6).  The grounds for their motion or motions will complement but not duplicate the

12    grounds asserted by RPX and Dell.  Given that circumstance, the Court may wish to

13    consider whether adjudicating the RPX and Dell motions in advance of the completion of

14    the briefing of the Remaining Manufacturing Defendants' motions represents the best use

15    of judicial resources.  It may make more sense to adjudicate all the motions at or around

16    the same time.

17    The Remaining Manufacturing Defendants expect to calendar their motion or

18    motions for hearing on August 21, 2012.

19

20    Dated:  July 3, 2012                    WILSON SONSINI GOODRICH & ROSATI
                                             Professional Corporation

21

22                                            /s/ Jonathan M. Jacobson
                                              Jonathan M. Jacobson
23                                            jjacobson@wsgr.com

24                                           Attorneys for Defendant
                                             HTC Corporation

25

26

27

28

1   Dated: July 3, 2012                /s/ Michael W. Scarborough
2                                         Michael W. Scarborough
                                          mscarborough@smrh.com
3                                      Sheppard Mullin Richter &
                                       Hampton LLP
                                       Four Embarcadero Center, 17th Floor
4                                      San Francisco, CA 94111-4106
                                       Telephone: (415) 434-9100
5                                      Facsimile: (415) 434-3947

6                                      Attorneys for Defendant
                                       Samsung Electronics Co. Ltd.
7

8   Dated: July 3, 2012                /s/ Elliot Remsen Peters
9                                         Elliot Remsen Peters
                                          epeters@kvn.com
10                                     Keker &Van Nest LLP
                                       633 Battery Street
11                                     San Francisco, CA 94111-1809
                                       Telephone: (415) 391-5400
                                       Facsimile: (415) 297-7188
12
                                       Attorneys for Defendant
13                                     LG Electronics, Inc.

14  Dated: July 3, 2012                /s/ Gene Crew
15                                        Gene Crew
                                          Gcrew@kilpatricktownsend.com
16                                     Kilpatrick Townsend & Stockton LLP
                                       Eighth Floor, Two Embarcadero Center
17                                     San Francisco, CA 94111
                                       Telephone: (415) 576-020
18                                     Facsimile: (415) 576-0300

19                                     Attorneys for Defendant
                                       Motorola Mobility, Inc.
20

21
                               **SIGNATURE ATTESTATION**
22

23       In accordance with General Order 45(X), I hereby attest that I have obtained the

24  concurrence of Michael W. Scarborough, Elliot Remsen Peters, and Gene Crew in the

25  filing of this document.

26
                                             /s/ Jonathan M. Jacobson
27                                             Jonathan M. Jacobson

28
    DEFENDANTS HTC, LG, SAMSUNG AND MOTOROLA'S         -2-
    JOINT REQUEST TO DEFER HEARING
    CASE NO. C-12-CV-1143 (YGR)