Kimball R. Anderson (admitted *pro hac vice*)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile:  (312) 558-5700
Email:  kanderson@winston.com

Paul R. Griffin (SBN: 083541)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111-5802
Telephone: (415) 591-1000
Facsimile:  (415) 591-1400
Email:  pgriffin@winston.com

*Attorneys for Defendant Dell Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASCADES COMPUTER INNOVATION LLC, | **Case No. C 12-cv-1143 (YGR)** |
| Plaintiff, | **STATEMENT OF DEFENDANT DELL INC. REGARDING ITS MOTION TO DISMISS AND THE JULY 10 HEARING** |
| vs. | |
| RPX CORPORATION, HTC CORPORATION, LG ELECTRONICS, INC., MOTOROLA MOBILITY HOLDINGS, INC., SAMSUNG ELECTRONICS CO. LTD., DELL INC., | |
| Defendants. | Date:   July 10, 2012<br>Time:   2:00 p.m.<br>Place:  Courtroom 1, 4th Floor<br><br>Hon. Yvonne Gonzalez Rogers |

Defendant Dell Inc. ("Dell") hereby responds to the statement of Defendants' LG Electronics, HTC Corporation, Samsung Electronics Co. Ltd., and Motorola Mobility, Inc., regarding Dell's pending motion to dismiss and the July 10, 2012 hearing concerning the same.

Dell's motion presents unique arguments that relate to Dell alone. Consequently, no basis exists for postponing the hearing on or resolution of Dell's motion.

Dated: July 3, 2012                                       Respectfully submitted,

By:  */s/ Kimball R. Anderson*
     Kimball R. Anderson (admitted *pro hac vice*)
     WINSTON & STRAWN LLP
     35 West Wacker Drive
     Chicago, IL 60601
     Telephone:  (312) 558-5600
     Facsimile:  (312) 558-5700
     Email:  kanderson@winston.com

     Paul R. Griffin (SBN: 083541)
     WINSTON & STRAWN LLP
     101 California Street, Suite 3900
     San Francisco, CA 94111-5802
     Telephone: (415) 591-1000
     Facsimile:  (415) 591-1400
     Email:  pgriffin@winston.com

     *Attorneys for Defendant Dell Inc.*

I, Sean D. Meenan, hereby attest, pursuant to General Order number 45 of the Northern District of California, that the concurrence to the filing of this document has been obtained from each signatory hereto.

/s/ *Sean D. Meenan*
Sean D. Meenan