DAVIS WRIGHT TREMAINE LLP
Martin L. Fineman, Bar No. 1104413
505 Montgomery Street, Suite 800
San Francisco, CA 94111
Phone: (415) 276-6575
Fax: (415) 276-6599
Email: martinfineman@dwt.com

NIRO, HALLER & NIRO
Raymond P. Niro (Member of the N.D. Cal. Bar)
Daniel R. Ferri (*Pro Hac Vice*)
Gabriel I. Opatken (*Pro Hac Vice*)
Ashley LaValley (*Pro Hac Vice*)
181 West Madison, Suite 4600
Chicago, IL 60602-4515
Phone: (312) 236-0733
Fax: (312) 236-3137
Email: rniro@nshn.com
Email: dferri@nshn.com
Email: gopatken@nshn.com
Email: alavalley@nshn.com

Attorneys for Plaintiff
Cascades Computer Innovation, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASCADES COMPUTER INNOVATION, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RPX CORPORATION, DELL INC., LG ELECTRONICS, INC., HTC CORPORATION, SAMSUNG ELECTRONICS CO. LTD., and MOTOROLA MOBILITY, INC.,<br><br>　　　　　　Defendants. | Case No. 4:12-cv-01143-YGR<br><br>The Hon. Yvonne Gonzalez Rogers<br><br>**PLAINTIFF'S RESPONSE TO CERTAIN DEFENDANTS' "STATEMENT REGARDING THE MOTIONS TO DISMISS AND THE JULY 10 HEARING"** |

PLAINTIFF'S RESPONSE TO CERTAIN DEFENDANTS' "STATEMENT REGARDING THE MOTIONS TO DISMISS AND THE JULY 10 HEARING" – CASCADES V. RPX, ET AL., 4:12-CV-01143-YGR
DWT 19886967v1 0095599-000001

- 1 -

One week before the scheduled hearing on RPX Corporation's and Dell Inc.'s separate motions to dismiss (and nearly one month after indicating that at least some defendants "expect to file motions to dismiss … as they believe the complaint fails to state a claim" (see Dkt. No. 62)), Defendants LG Electronics, Inc., HTC Corporation, Samsung Electronics Co. Ltd., and Motorola Mobility, Inc. now combine to submit a "Statement" to the Court suggesting a delay of the hearing scheduled for July 10, 2012. (Dkt. No. 66).

The two pending motions to dismiss are fully briefed and ripe for hearing and decision. This is far better than the confusion inherent in a later, more complex consolidated hearing in which six defendants will argue complementary, but not duplicative, grounds for the dismissal of Cascades' complaint. Even Defendant Dell opposes the pending request to delay the hearing. (Dkt. No. 67).

More importantly, Cascades believes that the July 10 hearing will moot these other Defendants' efforts to dismiss Cascades' complaint based on "complementary" arguments. RPX and Dell, both sophisticated litigants with able counsel, have already raised six separate arguments between them to dismiss Cascades' complaint. Prompt resolution of these six arguments may dispose of, or at least significantly narrow, any other issues relating to Cascades' complaint that could possibly be raised by the other defendants.

Dated: July 3, 2012				Respectfully Submitted,

/s/     Martin L. Fineman
DAVIS WRIGHT TREMAINE LLP
Martin L. Fineman, Bar No. 1104413
505 Montgomery Street, Suite 808
San Francisco, CA 94111
Phone: (415) 276-6575
Fax: (415) 276-6599
Email: martinfineman@dwt.com

PLAINTIFF'S RESPONSE TO CERTAIN DEFENDANTS' "STATEMENT REGARDING THE MOTIONS TO DISMISS AND THE JULY 10 HEARING" – CASCADES V. RPX, ET AL., 4:12-CV-01143-YGR
DWT 19886967v1 0095599-000001

- 2 -

NIRO, HALLER & NIRO
Raymond P. Niro (Member of the N.D. Cal. Bar)
Daniel R. Ferri (*Pro Hac Vice*)
Gabriel I. Opatken (*Pro Hac Vice*)
Ashley LaValley (*Pro Hac Vice*)
181 West Madison, Suite 4600
Chicago, IL 60602-4515
Phone: (312) 236-0733
Fax: (312) 236-3137
Emails: rniro@nshn.com; dferri@nshn.com; gopatken@nshn.com; alavalley@nshn.com

***Attorneys for Plaintiff***
***Cascades Computer Innovation, LLC***

PLAINTIFF'S RESPONSE TO CERTAIN DEFENDANTS' "STATEMENT REGARDING THE MOTIONS TO DISMISS AND THE JULY 10 HEARING" – CASCADES V. RPX, ET AL., 4:12-CV-01143-YGR
DWT 19886967v1 0095599-000001

- 3 -

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 3, 2012 the foregoing: **PLAINTIFF'S RESPONSE TO CERTAIN DEFENDANTS' "STATEMENT REGARDING THE MOTIONS TO DISMISS AND THE JULY 10 HEARING"** was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following counsel of record.

| | |
|---|---|
| Charles S. Crompton, III<br>Charles.crompton@lw.com<br>Hanno Kaiser<br>Hanno.kaiser@lw.com<br>Alfred Carroll Pfeiffer, Jr.<br>Al.pfeiffer@lw.com<br>LATHAM & WATKINS<br>505 Montgomery Street - Suite 2000<br>San Francisco, CA 94111<br>Phone: (415) 391-0600<br>Fax: (415) 395-8095<br><br>***Attorneys for RPX Corporation*** | Paul R. Griffin<br>pgriffin@winston.com<br>Sean D. Meenan<br>smeenan@winston.com<br>WINSTON & STRAWN LLP<br>101 California Street<br>San Francisco, CA 94111-5802<br>Phone: (415) 591-1000<br>Fax: (415) 591-1400<br><br>Kimball R. Anderson (*Pro Hac Vice*)<br>kanderson@winston.com<br>Samuel Mendenhall (*Pro Hac Vice*)<br>smeenan@winston.com<br>WINSTON & STRAWN LLP<br>35 W. Wacker Drive<br>Chicago, IL 60601<br>Phone: (312) 558-5755<br>Fax: (312) 558-5700<br><br>***Attorneys for Dell Inc.*** |
| Elliot R. Peters<br>epeters@kvn.com<br>Paula L. Blizzard<br>pblizzard@kvn.com<br>Thomas E. Gorman<br>tgorman@kvn.com<br>KEKER & VAN NEST LLP<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Phone: (415) 391-5400<br>Fax: (415) 397-7188<br><br>***Attorneys for LG Electronics, Inc.*** | Jonathan M. Jacobson<br>jjacobson@wsgr.com<br>Chul Pak (*Pro Hac Vice*)<br>cpak@wsgr.com<br>Daniel P. Weick (*Pro Hac Vice*)<br>dweick@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI P.C.<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019<br>Phone: (212) 497-7700<br>Fax: (212) 999-5899<br><br>Lisa A. Davis<br>ldavis@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI P.C.<br>650 Page Mill Road<br>Palo Alto, CA 94304<br>Phone: (650) 493-9300<br>Fax: (650) 493-6811<br><br>***Attorneys for HTC Corporation*** |

| | |
|---|---|
| Michael W. Scarborough<br>mscarborough@smrh.com<br>SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111−4106<br>Phone: (415) 434-9100<br>Fax: (415) 434-3947<br><br>***Attorneys for Samsung Electronics Co. Ltd.*** | Gene Crew<br>gcrew@kilpatricktownsend.com<br>KILPATRICK TOWNSEND & STOCKTON LLP<br>Eighth Floor, Two Embarcadero Center<br>San Francisco, CA 94111<br>Phone: (415) 576-0200<br>Fax: (415) 576-0300<br><br>***Attorneys for Motorola Mobility, Inc.*** |

                                              */s/*      Martin L. Fineman
                                       DAVIS WRIGHT TREMAINE LLP
                                       ***Attorneys for Plaintiff Cascades Computer Innovation, LLC***

PLAINTIFF'S RESPONSE TO CERTAIN DEFENDANTS' "STATEMENT REGARDING THE MOTIONS TO DISMISS AND THE JULY 10 HEARING" – CASCADES V. RPX, ET AL., 4:12-CV-01143-YGR
DWT 19886967v1 0095599-000001

- 2 -