IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cascades Computer Innovation LLC | NO. CV 12-01143 YGR |
| Plaintiff, | **CLERK'S NOTICE RE DEFICIENCY** |
| v. | |
| RPX Corporation | |
| Defendant. | |

Please be advised that on **07/05/2012,** the incorrect docket event was used by counsel **REQUEST FOR ORAL ARGUMENT [69].**

The correct event code is: MOTION. Re-posting is required to correct this CM/ECF entry. This correction must be completed no later than 24 hours from receipt of the notification.

If you have any question please contact the assigned Case Systems Administrator

Thank you for your cooperation in this matter.

Date: 07/06/2012

Jessie Mosley
510-637-3536
Case Systems Administrator