KILPATRICK TOWNSEND & STOCKTON LLP
RICHARD L. GROSSMAN (State Bar No. 112841)
rgrossman@kilpatricktownsend.com
GENE CREW (State Bar No. 34395)
gcrew@kilpatricktownsend.com
JESSICA L. HANNAH (State Bar No. 261802)
jhannah@kilpatricktownsend.com
Eighth Floor, Two Embarcadero Center
San Francisco, CA  94111
Telephone:   415 576 0200
Facsimile:    415 576 0300

Attorneys for Defendant
MOTOROLA MOBILITY, INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| CASCADES COMPUTER INNOVATION LLC,<br><br>Plaintiff,<br><br>v.<br><br>RPX CORPORATION, HTC CORPORATION, LG ELECTRONICS, INC., MOTOROLA MOBILITY HOLDINGS, INC., SAMSUNG ELECTRONICS CO. LTD., DELL, INC.,<br><br>Defendants. | Civil Action No. C 12-CV-1143 (YGR)<br><br>**NOTICE OF ENTRY OF APPEARANCE**<br><br>Date:        July 6, 2012<br><br>The Hon. Yvonne Gonzales Rogers |

The following attorneys, all of Kilpatrick, Townsend & Stockton LLC, make their appearance as counsel of record for Motorola Mobility, Inc. in the above case, and request electronic notification of documents filed through the Court's ECF system:

      Richard L. Grossman

      Gene Crew

      Jessica L. Hannah

Case4:12-cv-01143-YGR Document71 Filed07/06/12 Page2 of 2

Their contact information is listed in the case caption.

DATED: July 6, 2012

Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By: */s/ Jessica L. Hannah*
JESSICA L. HANNAH

Attorneys for Defendant
Motorola Mobility, Inc.

NOTICE OF ENTRY OF APPEARANCE
CASE NO. C 12-CV-1143 (YGR)

- 2 -