MARTIN L. FINEMAN, Bar No. 104413
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street
Suite 800
San Francisco, CA 94111
Telephone: (415) 276-6575
Facsimile: (415) 276-6599
Email: martinfineman@dwt.com

NIRO, HALLER & NIRO
Raymond P. Niro (Member of the N.D. Cal. Bar)
Daniel R. Ferri (*Pro Hac Vice*)
Gabriel I. Opatken (*Pro Hac Vice*)
Ashley LaValley (*Pro Hac Vice*)
181 West Madison, Suite 4600
Chicago, IL 60602-4515
Phone: (312) 236-0733
Fax: (312) 236-3137
E-mail: rniro@nshn.com
E-mail: dferri@nshn.com
E-mail: gopatken@nshn.cm
E-mail: alavalley@nshn.com

Attorneys for Plaintiff
Cascades Computer Innovation LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASCADES COMPUTER INNOVATION LLC,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>RPX CORPORATION, HTC CORPORATION, LG ELECTRONICS, INC., MOTOROLA MOBILITY HOLDINGS, INC., SAMSUNG ELECTRONICS CO. LTD., DELL INC.,<br><br>　　　　　　　　　Defendants. | Case No. 12-1143 YGR<br><br>**REQUEST FOR ORAL ARGUMENT AND NOTICE PER STANDING ORDER RE JULY 10, 2012 HEARING ON MOTIONS TO DISMISS**<br><br>Date:　July 10, 2012<br>Time:　2:00 p.m.<br>Before: The Honorable Yvonne Gonzalez Rogers |

REQUEST FOR ARGUMENT AND NOTICE RE JULY 10, 2012 HEARING
CASCADES COMPUTER INNOVATION LLC V. RPX CORP., ET AL. - NO. 4-CV-01143-YGR
DWT 19889026v1 0095599-000001

- 1 -

Defendants RPX Corporation and Dell Inc.'s motions to dismiss the Complaint are scheduled to be heard on July 10, 2012.

Pursuant to Section 2d of the Court's Standing Order in Civil Cases, Plaintiff Cascades Computer Innovation, LLC hereby respectfully requests oral argument on the motions and states that Daniel R. Ferri, a lawyer four or fewer years out of law school, will conduct all or most of the oral argument.

Dated: July 6, 2012                               Respectfully Submitted,

                                                  NIRO HALLER & NIRO
                                                  DAVIS WRIGHT TREMAINE LLP


                                                  /s/      Martin L. Fineman

                                                  Attorneys for Plaintiff
                                                  Cascades Computer Innovation, LLC