**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CASCADES COMPUTER INNOVATION LLC,**<br><br>　　　　**Plaintiff,**<br><br>　　vs.<br><br>**RPX CORPORATION** *et al.***,**<br><br>　　　　**Defendants.** | Case No.: 12-CV-1143 YGR<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

　　YOU ARE HEREBY NOTIFIED THAT, the Case Management Conference set for July 23, 2012 is hereby **VACATED**.  All other deadlines remain unchanged.

　　**IT IS SO ORDERED**.

Date: July 18, 2012

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**