MARTIN L. FINEMAN, Bar No. 1104413
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street
Suite 800
San Francisco, CA 94111
Telephone: (415) 276-6575
Facsimile: (415) 276-6599
Email: martinfineman@dwt.com

Raymond P. Niro (Member of the N.D. Cal. Bar)
Daniel R. Ferri (*Pro Hac Vice*)
Gabriel I Opatken (*Pro Hac Vice*)
Ashley LaValley(*Pro Hac Vice*)
NIRO, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, IL 60602-4515
Phone: (312) 236-0733
Fax: (312) 236-3137
E-mail: rniro@nshn.com
E-mail: dferri@nshn.com
E-mail: goptken@nshn.cm
E-mail: alavalley@nshn.com
E-mail: gopatken@nshn.com

*Attorneys for* Plaintiff  Cascades Computer Innovation LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| CASCADES COMPUTER INNOVATION LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>RPX CORPORATION, HTC CORPORATION, LG ELECTRONICS, INC., MOTOROLA MOBILITY HOLDINGS, INC., SAMSUNG ELECTRONICS CO. LTD., DELL INC.,<br><br>　　　　　　　　　　Defendants. | Case No. 4:12-cv-1143 (YGR)<br><br>**NOTICE OF DISMISSAL OF DEFENDANT LG ELECTRONICS, INC.** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiff Cascades Computer Innovation, LLC ("CASCADES") hereby dismisses with prejudice CASCADES's claims against Defendant LG Electronics, Inc. ("LG").  All other claims of Cascades against the remaining defendants remain in place and are not in any way waived, discharged or compromised by the dismissal of LG from this case.

Dated:  September 11, 2012

>Respectfully submitted,
>
>NIRO, HALLER & NIRO
>DAVIS WRIGHT TREMAINE LLP
>
>BY:  Daniel R. Ferri
>Daniel R. Ferri
>*Attorneys for* Plaintiff  Cascades Computer Innovation LLC

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 11, 2012 the foregoing **NOTICE OF DISMISSAL OF DEFENDANT LG ELECTRONICS, INC.** was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following counsel of record.

| | |
|---|---|
| Charles S. Crompton, III<br>Charles.crompton@lw.com<br>Hanno Kaiser<br>Hanno.kaiser@lw.com<br>Alfred Carroll Pfeiffer, Jr.<br>Al.pfeiffer@lw.com<br>LATHAM & WATKINS<br>505 Montgomery Street - Suite 2000<br>San Francisco, CA 94111<br>Phone: (415) 391-0600<br>Fax: (415) 395-8095<br>***Attorneys for RPX Corporation*** | Paul R. Griffin<br>pgriffin@winston.com<br>Sean D. Meenan<br>smeenan@winston.com<br>WINSTON & STRAWN LLP<br>101 California Street<br>San Francisco, CA 94111-5802<br>Phone: (415) 591-1000<br>Fax: (415) 591-1400<br>Kimball R. Anderson (*Pro Hac Vice*)<br>kanderson@winston.com<br>Samuel Mendenhall (*Pro Hac Vice*)<br>smeenan@winston.com<br>WINSTON & STRAWN LLP<br>35 W. Wacker Drive<br>Chicago, IL 60601<br>Phone: (312) 558-5755<br>Fax: (312) 558-5700<br>***Attorneys for Dell Inc.*** |
| Elliot R. Peters<br>epeters@kvn.com<br>Paula L. Blizzard<br>pblizzard@kvn.com<br>Thomas E. Gorman<br>tgorman@kvn.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Phone: (415) 391-5400<br>Fax: (415) 397-7188<br>***Attorneys for LG Electronics, Inc.*** | Jonathan M. Jacobson<br>jjacobson@wsgr.com<br>Chul Pak (*Pro Hac Vice*)<br>cpak@wsgr.com<br>Daniel P. Weick (*Pro Hac Vice*)<br>dweick@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI P.C.<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019<br>Phone: (212) 497-7700<br>Fax: (212) 999-5899<br><br>Lisa A. Davis<br>ldavis@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI |

NOTICE OF DISMISSAL OF DEFENDANT LG ELECTRONICS, INC.
CASE NO. 12-cv-1143

|  |  |
|---|---|
|  | P.C.<br>650 Page Mill Road<br>Palo Alto, CA 94304<br>Phone: (650) 493-9300<br>Fax: (650) 493-6811<br>***Attorneys for HTC Corporation*** |
| Michael W. Scarborough<br>mscarborough@smrh.com<br>SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111−4106<br>Phone: (415) 434-9100<br>Fax: (415) 434-3947<br>***Attorneys for Samsung Electronics Co. Ltd.*** | Richard L. Grossman<br>rgrossman@kilpatricktownsend.com<br>Gene Crew<br>gcrew@kilpatricktownsend.com<br>Jessica L. Hannah<br>jhannah@kilpatricktownsend.com<br>Kilpatrick Townsend &<br>  Stockton LLP<br>Eighth Floor, Two Embarcadero Center<br>San Francisco, CA  94111<br>Phone:  (415) 576-0200<br>Fax:  (415) 576-0300<br><br>***Attorneys for Motorola Mobility, Inc.*** |

I certify that all parties in this case are represented by counsel who are CM/ECF participants.

>
> */s/ Daniel R. Ferri*
> NIRO, HALLER & NIRO
> *Attorneys for Plaintiff,*
> *Cascades Computer Innovation LLC*