# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| CASCADES COMPUTER INNOVATION LLC, | Civil Action No. C 12-CV-1143 (YGR) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTION FOR LEAVE TO FILE NOTICE OF RECENT DECISION IN SUPPORT OF DEFENDANTS' MOTIONS TO DISMISS** |
| v. | |
| RPX CORPORATION, HTC CORPORATION, LG ELECTRONICS, INC., MOTOROLA MOBILITY HOLDINGS, INC., SAMSUNG ELECTRONICS CO. LTD., DELL, INC., | The Hon. Yvonne Gonzales Rogers |
| Defendants. | |

Pursuant to Local Rule section 7-3(d)(2), Defendants seek leave to file a Notice of Recent Decision in Support of Defendants' Motions to Dismiss filed on March 20, 2013.

Defendants' Motion for Leave to File Notice of Recent Decision is **GRANTED**.

This terminates Dkt. No. 114.

**IT IS SO ORDERED**.

Dated: June 28, 2013

Hon. Yvonne Gonzales Rogers
United Stated District Court judge

3889190v.1