DAVIS WRIGHT TREMAINE LLP
MARTIN L. FINEMAN, Bar No. 1104413
505 Montgomery Street
Suite 800
San Francisco, CA 94111-6533
Telephone: (415) 276-6575
Facsimile: (415) 276-6599
Email: martinfineman@dwt.com

NIRO, HALLER & NIRO
Raymond P. Niro (Member of the N.D. Cal. Bar)
Daniel R. Ferri (Admitted *Pro Hac Vice*)
Gabriel I. Opatken (Admitted *Pro Hac Vice*)
Ashley LaValley (Admitted *Pro Hac Vice*)
181 West Madison, Suite 4600
Chicago, IL 60602-4515
Phone: (312) 236-0733
Fax: (312) 236-3137
E-mail: rniro@nshn.com
E-mail: dferri@nshn.com
E-mail: alavalley@nshn.com
E-mail: gopatken@nshn.com

Attorneys for Plaintiff
Cascades Computer Innovation LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| CASCADES COMPUTER INNOVATION LLC, <br><br> Plaintiff, <br><br> v. <br><br> RPX CORPORATION; HTC CORPORATION; MOTOROLA MOBILITY LLC; and SAMSUNG ELECTRONICS CO. LTD., <br><br> Defendants. | Case No. 4:12-cv-1143 YGR <br><br> Before the Honorable Yvonne Gonzalez Rogers <br><br> **PLAINTIFF CASCADES' MOTION FOR LEAVE TO FILE NOTICE OF RECENT DECISION IN SUPPORT OF ITS COMBINED RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS** |

Pursuant to Local Rule 7-3(d), Plaintiff Cascades Computer Innovation LLC respectfully requests leave to file a Notice of Recent Decision in Support of its Combined Response to Defendants' Motions to Dismiss. (Dkt. No. 103). The proposed Notice is attached hereto as Exhibit 1.

Dated: July 8, 2013

Respectfully Submitted,

NIRO, HALLER & NIRO

DAVIS WRIGHT TREMAINE LLP

/s/
Martin L. Fineman

Attorneys for Plaintiff
Cascades Computer Innovation LLC

1

PLAINTIFF CASCADES' MOTION FOR LEAVE TO FILE NOTICE OF RECENT DECISION IN SUPPORT OF ITS COMBINED RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS
CASE NO. 4:12-cv-1143 YGR
DWT 22259824v1 0095599-000001

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 8, 2013 the foregoing

**CASCADES' MOTION FOR LEAVE TO FILE NOTICE OF RECENT DECISION IN SUPPORT OF ITS COMBINED RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS**

was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following counsel of record.

| | |
|---|---|
| Charles S. Crompton, III<br>Hanno Kaiser<br>Alfred Carroll Pfeiffer, Jr.<br>Alan J. Devlin<br>LATHAM & WATKINS<br>505 Montgomery Street – Suite 2000<br>San Francisco, CA 94111<br>Phone: (415) 391-0600<br>Emails: Charles.crompton@lw.com;<br>Hanno.kaiser@lw.com;<br>Al.pfeiffer@lw.com; Alan.devlin@lw.com<br><br>***Attorneys for RPX Corporation***<br><br>Richard L. Grossman<br>Gene Crew<br>Jessica L. Hannah<br>KILPATRICK TOWNSEND & STOCKTON LLP<br>Eighth Floor, Two Embarcadero Center<br>San Francisco, CA  94111<br>Phone:  (415) 576-0200<br>Emails:<br>rgrossman@kilpatricktownsend.com;<br>gcrew@kilpatricktownsend.com;<br>jhannah@kilpatricktownsend.com<br><br>Peter Michael Boyle<br>607 14th Street NW, Suite 900<br>Washington, D.C.  20005<br>Phone:  (202) 508-5831<br>pboyle@kilpatricktownsend.com<br><br>***Attorneys for Motorola Mobility LLC*** | Jonathan M. Jacobson<br>Chul Pak<br>Daniel P. Weick<br>WILSON SONSINI GOODRICH & ROSATI P.C.<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019<br>Phone: (212) 497-7700<br>Emails: jjacobson@wsgr.com;<br>cpak@wsgr.com; dweick@wsgr.com<br><br>Lisa A. Davis<br>WILSON SONSINI GOODRICH & ROSATI P.C.<br>650 Page Mill Road<br>Palo Alto, CA 94304<br>Phone: (650) 493-9300<br>Email: ldavis@wsgr.com<br><br>***Attorneys for HTC Corporation***<br><br>Michael W. Scarborough<br>SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111−4106<br>Phone: (415) 434-9100<br>Emails: mscarborough@smrh.com<br><br>***Attorneys for Samsung Electronics Co. Ltd.*** |

I certify that all parties in this case are represented by counsel who are CM/ECF participants.

By: /s/
     Martin L. Fineman

Attorneys for Plaintiff,
Cascades Computer Innovation LLC