DAVIS WRIGHT TREMAINE LLP
MARTIN L. FINEMAN, Bar No. 1104413
505 Montgomery Street
Suite 800
San Francisco, CA 94111-6533
Telephone: (415) 276-6575
Facsimile: (415) 276-6599
Email: martinfineman@dwt.com

NIRO, HALLER & NIRO
Raymond P. Niro (Member of the N.D. Cal. Bar)
Daniel R. Ferri (Admitted *Pro Hac Vice*)
Gabriel I. Opatken (Admitted *Pro Hac Vice*)
Ashley LaValley (Admitted *Pro Hac Vice*)
181 West Madison, Suite 4600
Chicago, IL 60602-4515
Phone: (312) 236-0733
Fax: (312) 236-3137
E-mail: rniro@nshn.com
E-mail: dferri@nshn.com
E-mail: alavalley@nshn.com
E-mail: gopatken@nshn.com

Attorneys for Plaintiff
Cascades Computer Innovation LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| CASCADES COMPUTER INNOVATION LLC, <br><br> Plaintiff, <br><br> v. <br><br> RPX CORPORATION; HTC CORPORATION; MOTOROLA MOBILITY LLC; and SAMSUNG ELECTRONICS CO. LTD., <br><br> Defendants. | Case No. 4:12-cv-1143 YGR <br><br> Before the Honorable Yvonne Gonzalez Rogers <br><br> **PLAINTIFF CASCADES' MOTION FOR LEAVE TO FILE NOTICE OF RECENT DECISION IN SUPPORT OF ITS COMBINED RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS** |

1 | Pursuant to Local Rule 7-3(d), Plaintiff Cascades Computer Innovation LLC respectfully
2 | requests leave to file a Notice of Recent Decision in Support of its Combined Response to
3 | Defendants' Motions to Dismiss. (Dkt. No. 103). The proposed Notice is attached hereto as
4 | Exhibit 1.

Dated: July 8, 2013

Respectfully Submitted,

NIRO, HALLER & NIRO

DAVIS WRIGHT TREMAINE LLP

/s/
Martin L. Fineman

Attorneys for Plaintiff
Cascades Computer Innovation LLC

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 8, 2013 the foregoing

**CASCADES' MOTION FOR LEAVE TO FILE NOTICE OF RECENT DECISION IN SUPPORT OF ITS COMBINED RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS**

was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following counsel of record.

| | |
|---|---|
| Charles S. Crompton, III<br>Hanno Kaiser<br>Alfred Carroll Pfeiffer, Jr.<br>Alan J. Devlin<br>LATHAM & WATKINS<br>505 Montgomery Street – Suite 2000<br>San Francisco, CA 94111<br>Phone: (415) 391-0600<br>Emails: Charles.crompton@lw.com;<br>Hanno.kaiser@lw.com;<br>Al.pfeiffer@lw.com; Alan.devlin@lw.com<br><br>*Attorneys for RPX Corporation*<br><br>Richard L. Grossman<br>Gene Crew<br>Jessica L. Hannah<br>KILPATRICK TOWNSEND & STOCKTON LLP<br>Eighth Floor, Two Embarcadero Center<br>San Francisco, CA 94111<br>Phone: (415) 576-0200<br>Emails:<br>rgrossman@kilpatricktownsend.com;<br>gcrew@kilpatricktownsend.com;<br>jhannah@kilpatricktownsend.com<br><br>Peter Michael Boyle<br>607 14th Street NW, Suite 900<br>Washington, D.C. 20005<br>Phone: (202) 508-5831<br>pboyle@kilpatricktownsend.com<br><br>*Attorneys for Motorola Mobility LLC* | Jonathan M. Jacobson<br>Chul Pak<br>Daniel P. Weick<br>WILSON SONSINI GOODRICH & ROSATI P.C.<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019<br>Phone: (212) 497-7700<br>Emails: jjacobson@wsgr.com;<br>cpak@wsgr.com; dweick@wsgr.com<br><br>Lisa A. Davis<br>WILSON SONSINI GOODRICH & ROSATI P.C.<br>650 Page Mill Road<br>Palo Alto, CA 94304<br>Phone: (650) 493-9300<br>Email: ldavis@wsgr.com<br><br>*Attorneys for HTC Corporation*<br><br>Michael W. Scarborough<br>SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111−4106<br>Phone: (415) 434-9100<br>Emails: mscarborough@smrh.com<br><br>*Attorneys for Samsung Electronics Co. Ltd.* |

I certify that all parties in this case are represented by counsel who are CM/ECF participants.

By: /s/
Martin L. Fineman

Attorneys for Plaintiff,
Cascades Computer Innovation LLC

PLAINTIFF CASCADES' MOTION FOR LEAVE TO FILE NOTICE OF RECENT DECISION IN SUPPORT OF ITS COMBINED RESPONSE TO DEFENDANTS'
MOTIONS TO DISMISS
CASE NO. 4:12-cv-1143 YGR
DWT 22259824v1 0095599-000001