DAVIS WRIGHT TREMAINE LLP
MARTIN L. FINEMAN, Bar No. 1104413
505 Montgomery Street
Suite 800
San Francisco, CA 94111
Telephone: (415) 276-6575
Facsimile: (415) 276-6599
Email: martinfineman@dwt.com

NIRO, HALLER & NIRO
Raymond P. Niro (Member of the N.D. Cal. Bar)
Daniel R. Ferri (*Pro Hac Vice*)
Gabriel I. Opatken (*Pro Hac Vice*)
Ashley LaValley (*Pro Hac Vice*)
181 West Madison, Suite 4600
Chicago, IL 60602-4515
Phone: (312) 236-0733
Fax: (312) 236-3137
E-mail: rniro@nshn.com
E-mail: dferri@nshn.com
E-mail: alavalley@nshn.com
E-mail: gopatken@nshn.com

*Attorneys for Plaintiff*
*Cascades Computer Innovation LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| CASCADES COMPUTER INNOVATION LLC,<br><br>                      Plaintiff,<br><br>       v.<br><br>RPX CORPORATION; HTC CORPORATION; MOTOROLA MOBILITY LLC; and SAMSUNG ELECTRONICS CO. LTD.,<br><br>                      Defendants. | Case No. 4:12-cv-1143 (YGR)<br><br>The Honorable Yvonne Gonzalez Rogers<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL – Case No. 4:12-cv-1143 -

1     Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Cascades Computer Innovation LLC, and Defendant, Motorola Mobility, hereby stipulate to the dismissal of the action. All claims that Plaintiff raised or could have raised in this action against Motorola Mobility are dismissed WITH PREJUDICE. All claims, defenses, or counterclaims that Defendant raised are dismissed WITHOUT PREJUDICE. All other claims of Plaintiff against the other defendants remain in place and are not in any way waived, discharged or compromised by the entry of this Order. Plaintiff and Motorola Mobility shall each bear their own costs and attorneys' fees.

Respectfully submitted,

/s/ Ashley E. LaValley
NIRO, HALLER & NIRO
Raymond P. Niro (Member of the N.D. Cal. Bar)
Daniel R. Ferri (*Pro Hac Vice*)
Gabriel I. Opatken (*Pro Hac Vice*)
Ashley LaValley (*Pro Hac Vice*)
181 West Madison, Suite 4600
Chicago, IL 60602-4515
Phone: (312) 236-0733
Fax: (312) 236-3137
rniro@nshn.com
dferri@nshn.com
gopatken@nshn.com
alavalley@nshn.com

DAVIS WRIGHT TREMAINE LLP
Martin L. Fineman (Bar No. 1104413)
505 Montgomery Street
Suite 800
San Francisco, CA 94111
Telephone: (415) 276-6575
Facsimile: (415) 276-6599
martinfineman@dwt.com

*Attorneys for Cascades Computer Innovation LLC*

Respectfully submitted,

/s/ Peter Michael Boyle
Peter Michael Boyle
607 14th Street NW, Suite 900
Washington, D.C. 20005
Phone: (202) 508-5831
pboyle@kilpatricktownsend.com

Jessica L. Hannah
Kilpatrick Townsend & Stockton LLP
Eighth Floor, Two Embarcadero Center
San Francisco, CA 94111
rgrossman@kilpatricktownsend.com
gcrew@kilpatricktownsend.com
jhannah@kilpatricktownsend.com
Phone: (415) 576-0200
Fax: (415) 576-0300

*Attorneys for Motorola Mobility LLC*

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL – Case No. 4:12-cv-1143 YGR     - 1 -

1 **FILER'S ATTESTATION**

2     I hereby attest, pursuant to General Order number 45 of the Northern District of
3 California, that the concurrence to the filing of this document has been obtained from each
4 signatory hereto.

6                                                   */s/ Ashley E. LaValley*

8 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

10 Dated: _____        _____
11                                                           The Honorable Yvonne Gonzalez Rogers
                                                          United States District Court Judge

28 STIPULATION AND [PROPOSED] ORDER OF DISMISSAL – CASE NO. 4:12-cv-1143 YGR     - 2 -