**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CASCADES COMPUTER INNOVATION LLC,**<br><br>　　　Plaintiff,<br><br>　vs.<br><br>**RPX CORPORATION,** *et al.***,**<br><br>　　　Defendants. | **Case No.: 12-CV-1143 YGR**<br><br>**ORDER ENTERING STIPULATION AS ORDER; REQUIRING STATUS STATEMENT; SETTING COMPLIANCE HEARING** |

On January 31, 2014, Plaintiff Cascades Computer Innovation LLC and Defendant Motorola Mobility stipulated to the latter's dismissal from this action. (Dkt. No. 128.) The Court **ENTERS** the parties' stipulation as the Order of this Court.

The Court takes judicial notice of the fact that this stipulation follows the January 2, 2014 issuance of a claim construction order by Judge Kennelly in associated patent litigation proceeding in the Northern District of Illinois. (N.D. Ill. Case No. 1:11-cv-04574, Dkt. No. 141.) On January 30, 2014, Cascades and Motorola filed in the Illinois action's docket a stipulated dismissal substantially identical to the one filed before this Court. (N.D. Ill. Case No. 1:11-cv-04574, Dkt. No. 145.)

In view of these developments, the Court **ORDERS** the remaining parties in the above-styled action to file separate status statements apprising the Court of their positions on how Judge Kennelly's claim construction order has affected the posture of the litigation before this Court and

whether the developments in the Illinois action have affected the parties' views on staying the instant antitrust action, as expressed in their responses to the Court's Order to Show Cause of December 3, 2013.  (Dkt. Nos. 119 (Order to Show Cause), 122 (Plaintiff's Response), 123 (Defendants' Joint Reply).)

The parties' separate status statements shall be filed in accordance with Civil Local Rule 3-4; shall not exceed four pages in length, exclusive of any exhibits; and shall be filed no later than **Friday, February 7, 2014**.

The Court **SETS** a compliance hearing in this matter for its 9:01 a.m. Calendar on **Friday, February 14, 2014**, in Courtroom 5 of the United States Courthouse located at 1301 Clay Street in Oakland, California.  If the parties' separate status statements have been filed timely, the compliance hearing shall be vacated and no appearance shall be required.  Failure to comply may result in sanctions.

This Order terminates Docket No. 128.

**IT IS SO ORDERED**.

Date: February 5, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**