UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CASCADES COMPUTER INNOVATION LLC,** | **Case No.: 12-CV-1143 YGR** |
| Plaintiff, | **ORDER VACATING STATUS HEARING** |
| v. | |
| **RPX CORPORATION,** *et al.*, | |
| Defendants. | |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The status hearing set for Friday, June 20, 2014 is **VACATED**. The Court will issue a written order regarding renewal of the stay.

**IT IS SO ORDERED**.

Date: June 18, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**