**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CASCADES COMPUTER INNOVATION LLC,**<br><br>  Plaintiff,<br><br>  v.<br><br>**RPX CORPORATION,** *et al.***,**<br><br>  Defendants. | Case No.: 12-CV-1143 YGR<br><br>**ORDER EXTENDING STAY AND SETTING STATUS HEARING** |

The stay in this case expires November 7, 2014.  (*See* Dkt. No. 137 at 2.)  The Court, having reviewed the parties' timely filed joint status statement (Dkt. No. 147), **EXTENDS** the stay until **December 12, 2014** and **SETS** a status hearing for its 9:01 a.m. Calendar on **Friday, December 5, 2014**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.

No later than Tuesday, November 25, 2014, the parties shall file a joint status statement that (1) apprises the Court of the results of their October 24 mediation and (2) sets forth the parties' perspectives on whether plaintiff could take limited discovery with respect to Kevin Barhydt (*see generally* Dkt. No. 119 at 5-7 (Barhydt allegedly served as RPX's Head of Acquisitions and negotiated with Cascades on behalf of RPX); Dkt. No. 147 at 3 (representing that Barhydt has left RPX)).  If so, the parties shall also identify the proposed nature and scope.

**IT IS SO ORDERED**.

Date:  September 30, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**