# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

**CASCADES COMPUTER INNOVATION LLC,**

    **Plaintiff,**

    **v.**

**RPX CORPORATION,** *et al.,*

    **Defendants.**

**Case No.: 12-CV-1143 YGR**

**ORDER EXTENDING STAY AND SETTING STATUS HEARING**

The stay in this case expired on December 12, 2014.  (*See* Dkt. No. 150.)  The Court, having reviewed the parties' timely filed joint status statement (Dkt. No. 152), finds that the litigation in Illinois is progressing steadily, and no other factors have changed significantly to warrant lifting the stay.  Therefore, the Court **EXTENDS** the stay until **June 22, 2015** and **SETS** a status hearing for its 9:01 a.m. Calendar on **Friday, June 12, 2015**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.

No later than Tuesday, **June 2, 2015**, the parties shall file a joint status statement that appraises the Court on the status of the Illinois litigation and presents the parties' perspectives on whether the stay should be lifted.

    **IT IS SO ORDERED**.

Date:  December 23, 2014

_____

**YVONNE GONZALEZ ROGERS**

**UNITED STATES DISTRICT COURT JUDGE**