**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CASCADES COMPUTER INNOVATION LLC,**<br><br>    Plaintiff,<br><br>    v.<br><br>**RPX CORPORATION,** *et al.***,**<br><br>    Defendants. | Case No.: 12-CV-1143 YGR<br><br>**ORDER VACATING HEARING** |

The Court has reviewed the papers submitted by the parties in connection with plaintiff's motion to lift the stay in this case (Dkt. No. 155) and has determined that the motion is appropriate for decision without oral argument, as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78.  *See also Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp.*, 933 F.2d 724, 729 (9th Cir. 1991).  Accordingly, the hearing set for March 3, 2015 is **VACATED**.  The Court will issue a written decision on the papers.

**IT IS SO ORDERED**.

Date: February 27, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**