1

2                                  **UNITED STATES DISTRICT COURT**

3                                  **NORTHERN DISTRICT OF CALIFORNIA**

4

5

6

7

8       **CASCADES COMPUTER INNOVATION LLC,**          **Case No.: 12-CV-1143 YGR**

9              **Plaintiff,**                          **ORDER GRANTING IN PART DEFENDANT
                                                       HTC CORPORATION'S MOTION TO
10             **v.**                                  CONTINUE CASE MANAGEMENT
                                                       CONFERENCE**

11      **RPX CORPORATION,** *et al.*,                 Re: Dkt. No. 155

12             **Defendants.**

13

14          Defendant HTC Corporation ("HTC") moved on March 27, 2015 for a continuation of the

15      Case Management Conference ("CMC") set for September 14, 2015 in light of a conflict that week

16      for HTC's in-house personnel.  (Dkt. No. 162.)  HTC requested the CMC be moved to October 5,

17      2015 or thereafter.  If the CMC was to be moved, plaintiff requested an earlier date.  (Dkt. No.

18      163.)  Good cause shown, HTC's motion is **GRANTED IN PART**.  The CMC is hereby **RESET** to

19      **August 31, 2015** at 2 p.m. in Courtroom 1 of the Federal Courthouse, 1301 Clay Street, Oakland,

20      California.

21          This Order terminates Docket Number 162.

22          **IT IS SO ORDERED**.

23

24      Date:  April 1, 2015                      _____

25                                                **YVONNE GONZALEZ ROGERS**
                                                  **UNITED STATES DISTRICT COURT JUDGE**

26

27

28

United States District Court
Northern District of California