*Counsel listed on signature pages*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | | |
|---|---|---|
| CASCADES COMPUTER INNOVATION LLC, | ) ) ) | CASE NO.: 4:12-cv-01143-YGR-DMR |
| Plaintiff, | ) ) | **JOINT STATUS STATEMENT** |
| v. | ) ) | |
| RPX CORPORATION, HTC CORPORATION, and SAMSUNG, ELECTRONICS CO., LTD., | ) ) ) ) | Date: June 12, 2015<br>Time: 9:01 A.M.<br>Judge: Hon. Yvonne Gonzalez Rogers |
| Defendants. | ) ) | Location: Courtroom 1 |

JOINT STATUS STATEMENT
CASE NO.: 4:12-CV-01143-YGR-DMR

Pursuant to the Court's May 29, 2015 request for a status statement and the Court's prior stay orders, including the December 23, 2014 Order (Dkt. No. 154) and March 23, 2015 Order (Dkt. No. 161), the parties respectfully submit this joint statement to update the Court on the status of the related patent litigation pending in the Northern District of Illinois ('750 patent cases). Pursuant to the Court's March 23, 2015 Order, the stay is currently scheduled to expire on July 31, 2015 (Dkt. 161).

**Joint Summary of Progress in the N.D. Illinois Patent Actions**

All parties in the '750 patent cases continue to prepare for trial. Following the issuance of Judge Kennelly's summary judgment order of January 6, 2015, the court ruled that the trials in the Samsung and HTC actions should proceed separately. (N.D. Ill. 11-4574, Dkt. 228; N.D. Ill. 11-6235 (HTC), Dkt. 179). A 4-5 day trial in the Samsung '750 patent case is scheduled to begin on July 13, 2015. (N.D. Ill. 11-4574, Dkt. 226). The parties will submit a final pretrial order on June 29, 2015, and the final pretrial conference is scheduled for July 9, 2015. (N.D. Ill. 11-4574, Dkt. 227). A 4-5 day trial in the HTC '750 patent case is scheduled to begin on September 14, 2015. (N.D. Ill. 11-6235, Dkt. 179). The final pretrial order is due on August 24, 2015 and the final pretrial conference is scheduled for August 27, 2015. (N.D. Ill. 11-6235, Dkt. 178).

In a March 6, 2015 status hearing in the HTC action, Judge Kennelly directed Cascades to make a written settlement proposal by March 13, 2015 and HTC to make a written settlement proposal by March 20, 2015. (N.D. Ill. 11-6235, Dkt. 186) Following the exchange of proposals, Judge Kennelly held a Rule 16(b) status hearing on March 26, 2015. (N.D. Ill. 1:11-cv-06235, Dkt. 183). Judge Kennelly declined to refer the case to a settlement conference because there was no "good basis to believe that a settlement conference may be fruitful." *Id.*

As previously reported in the parties' November 25, 2014 Joint Status Statement (ECF No. 152), Magistrate Judge Schenkier conducted a mandatory Settlement Conference in the Samsung action on October 24, 2014. The Conference did not result in a settlement. On March 9, 2015, the Court scheduled a further settlement conference in the Samsung action for April 1, 2015, and ordered the parties to file supplemental settlement letters on March 26, 2015. (N.D. Ill. 11-4574, Dkt. 235). After reviewing the parties' letters, the Court found that a settlement conference

JOINT STATUS STATEMENT                              -1-
CASE NO.: 4:12-CV-01143-YGR-DMR

"would not be a useful expenditure of the parties' time and resources" and took the conference off calendar.  (N.D. Ill. 11-4574, Dkt. 242)

Dated:  June 2, 2015

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

 /s/ Jonathan M. Jacobson
   Jonathan M. Jacobson
   jjacobson@wsgr.com

1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone:  (212) 999-5800
Facsimile:   (212) 999-5899

Attorneys for Defendant
HTC Corporation


SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

/s/ Michael W. Scarborough
   Michael W. Scarborough

4 Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
mscarborough@sheppardmullin.com

Attorneys for Defendant
Samsung Electronics Co., Ltd.


LATHAM & WATKINS LLP

/s/ Alfred C. Pfeiffer, Jr.
   Alfred C. Pfeiffer, Jr.

505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
alfred.pfeiffer@lw.com

Attorneys for Defendant
RPX Corporation

| | |
|---|---|
| 1 | NIRO, HALLER & NIRO |
| 2 | /s/ Ashley E. LaValley |
|   |    Ashley E. LaValley |
| 3 | 181 West Madison, Suite 4600 |
| 4 | Chicago, IL 60602-4515 |
|   | Phone: (312) 236-0733 |
| 5 | Fax: (312) 236-3137 |
|   | alavalley@nshn.com |
| 6 | Attorneys for Plaintiff |
| 7 | Cascades Computer Innovation LLC |

JOINT STATUS STATEMENT  
CASE NO.: 4:12-CV-01143-YGR-DMR

-3-

**E-FILING ATTESTATION**

1
2   I, Jonathan M. Jacobson, am the ECF User whose ID and password are being used to file this
3   document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories
4   identified above has concurred in this filing.
5
6                                                            /s/ Jonathan M. Jacobson
                                                                  Jonathan M. Jacobson
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOINT STATUS STATEMENT                                  -4-
CASE NO.: 4:12-CV-01143-YGR-DMR