| | |
|---|---|
| Raymond P. Niro (Member of the N.D. Cal. Bar)<br>Daniel R. Ferri (*pro hac vice*)<br>NIRO, HALLER & NIRO<br>181 West Madison Street, Suite 4600<br>Chicago, IL 60602<br>Telephone:     (312) 236-0733<br>Facsimile:      (312) 236-3137<br>Email: rniro@nshn.com<br>         dferri@nshn.com<br><br>MARTIN L. FINEMAN (State Bar No. 1104413)<br>DAVIS WRIGHT TREMAINE LLP<br>505 Montgomery Street<br>Suite 808<br>San Francisco, CA  94111<br>Telephone:     (415) 276-6575<br>Facsimile:      (415) 276-6599<br>Email: martinfineman@dwt.com<br><br>Attorneys for Plaintiff<br>CASCADES COMPUTER INNOVATION LLC | JONATHAN M. JACOBSON<br>CHUL PAK (*pro hac vice*)<br>DANIEL P. WEICK (*pro hac vice*)<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1301 Avenue of the Americas<br>New York, NY  10019<br>Telephone:     (212) 999-5800<br>Facsimile:      (212) 999-5899<br>Email: jjacobson@wsgr.com<br>         cpak@wsgr.com<br>         dweick@wsgr.com<br><br>LISA A. DAVIS, State Bar No. 179854<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA  94304<br>Telephone:     (650) 493-9300<br>Facsimile:      (650) 493-6811<br>Email: ldavis@wsgr.com<br><br>Attorney for Defendant<br>HTC CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CASCADES COMPUTER INNOVATION LLC,<br><br>                    Plaintiff,<br><br>     vs.<br><br>RPX CORPORATION; HTC CORPORATION; and SAMSUNG ELECTRONICS, CO., LTD.<br><br>                    Defendants. | CASE NO. 4:12-cv-01143-YGR<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

1
2
3
4   Plaintiff Cascades Computer Innovation LCC ("Cascades") and Defendant HTC Corporation ("HTC"), by and through their undersigned counsel, hereby stipulate that all claims for relief asserted by Cascades and defenses asserted by HTC in the above-identified action shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).
5
6   The Parties further stipulate that each party shall be responsible for its own fees and costs.
7   IT IS SO STIPULATED.

8   Dated:  September 24, 2015                NIRO, HALLER & NIRO
9
10                                             By:_____/s/ Raymond P. Niro_____
                                                  Raymond P. Niro
11
                                              Attorney for Plaintiff
12                                            CASCADES COMPUTER
                                              INNOVATION LLC
13

14  Dated:  September 24, 2015                WILSON SONSINI GOODRICH & ROSATI
                                              Professional Corporation
15
                                              By:_____/s/ Jonathan M. Jacobson_____
16                                                Jonathan M. Jacobson
                                              Attorney for Defendant
17                                            HTC CORPORATION
18
19
20
21
22
23
24
25
26
27
28

STIPULATION OF DISMISSAL WITH
PREJUDICE                                     - 1 -
Case No. 4:12-cv-01143-YGR

## ATTESTATION CLAUSE

I, Raymond P. Niro, am the ECF User whose identification and password are being used to file this Stipulation.  I hereby attest that Jonathan M. Jacobson of Wilson Sonsini Goodrich & Rosati has concurred in this filing.

Dated:  September 24, 2015       NIRO, HALLER & NIRO

By:        */s/ Raymond P. Niro*
      Raymond P. Niro

Attorneys for Plaintiff
CASCADES COMPUTER
INNOVATION LLC

STIPULATION OF DISMISSAL WITH
PREJUDICE                                                           - 2 -
Case No. 4:12-cv-01143-YGR