| | |
|---|---|
| Raymond P. Niro (Member of the N.D. Cal. Bar) <br> Daniel R. Ferri (*pro hac vice*) <br> NIRO, HALLER & NIRO <br> 181 West Madison Street, Suite 4600 <br> Chicago, IL 60602 <br> Telephone:    (312) 236-0733 <br> Facsimile:    (312) 236-3137 <br> Email: rniro@nshn.com <br>           dferri@nshn.com <br><br> MARTIN L. FINEMAN (State Bar No. 1104413) <br> DAVIS WRIGHT TREMAINE LLP <br> 505 Montgomery Street <br> Suite 808 <br> San Francisco, CA  94111 <br> Telephone:    (415) 276-6575 <br> Facsimile:    (415) 276-6599 <br> Email: martinfineman@dwt.com <br><br> Attorneys for Plaintiff <br> CASCADES COMPUTER INNOVATION LLC | JONATHAN M. JACOBSON <br> CHUL PAK (*pro hac vice*) <br> DANIEL P. WEICK (*pro hac vice*) <br> WILSON SONSINI GOODRICH & ROSATI <br> Professional Corporation <br> 1301 Avenue of the Americas <br> New York, NY  10019 <br> Telephone:    (212) 999-5800 <br> Facsimile:    (212) 999-5899 <br> Email: jjacobson@wsgr.com <br>           cpak@wsgr.com <br>           dweick@wsgr.com <br><br> LISA A. DAVIS, State Bar No. 179854 <br> WILSON SONSINI GOODRICH & ROSATI <br> Professional Corporation <br> 650 Page Mill Road <br> Palo Alto, CA  94304 <br> Telephone:    (650) 493-9300 <br> Facsimile:    (650) 493-6811 <br> Email: ldavis@wsgr.com <br><br> Attorney for Defendant <br> HTC CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CASCADES COMPUTER INNOVATION LLC, <br><br>                       Plaintiff, <br><br>         vs. <br><br> RPX CORPORATION; HTC CORPORATION; and SAMSUNG ELECTRONICS, CO., LTD. <br><br>                       Defendants. | CASE NO. 4:12-cv-01143-YGR <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** AND ORDER <br><br> IT IS SO ORDERED <br> *[signature]* <br> Judge Yvonne Gonzalez Rogers <br> 10/7/2015 |

STIPULATION OF DISMISSAL WITH PREJUDICE
Case No. 4:12-cv-01143-YGR

Plaintiff Cascades Computer Innovation LCC ("Cascades") and Defendant HTC Corporation ("HTC"), by and through their undersigned counsel, hereby stipulate that all claims for relief asserted by Cascades and defenses asserted by HTC in the above-identified action shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

The Parties further stipulate that each party shall be responsible for its own fees and costs.

IT IS SO STIPULATED.

Dated: September 24, 2015        NIRO, HALLER & NIRO

By:      */s/ Raymond P. Niro*
    Raymond P. Niro

Attorney for Plaintiff
CASCADES COMPUTER
INNOVATION LLC

Dated: September 24, 2015        WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:      */s/ Jonathan M. Jacobson*
    Jonathan M. Jacobson
Attorney for Defendant
HTC CORPORATION

STIPULATION OF DISMISSAL WITH
PREJUDICE                - 1 -
Case No. 4:12-cv-01143-YGR

**ATTESTATION CLAUSE**

I, Raymond P. Niro, am the ECF User whose identification and password are being used to file this Stipulation. I hereby attest that Jonathan M. Jacobson of Wilson Sonsini Goodrich & Rosati has concurred in this filing.

Dated: September 24, 2015                NIRO, HALLER & NIRO

By: _____/s/ Raymond P. Niro_____
      Raymond P. Niro

Attorneys for Plaintiff
CASCADES COMPUTER
INNOVATION LLC

STIPULATION OF DISMISSAL WITH
PREJUDICE                                    - 2 -
Case No. 4:12-cv-01143-YGR