UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CASCADES COMPUTER INNOVATION LLC**,

Plaintiff,

v.

**RPX CORPORATION, ET AL.**,

Defendants.

Case No. 12-cv-01143-YGR

**ORDER SETTING COMPLIANCE HEARING**

A compliance hearing shall be held on Friday, **November 6, 2015** on the Court's **9:01 a.m.** calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either: (1) a joint status report advising the Court as to the parties' chosen mediator and the date scheduled for mediation, to occur no later than January 17, 2016, and a stipulated protective order; or (2) a one-page joint statement setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED.**

Dated: October 21, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**