UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASCADES COMPUTER INNOVATION LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RPX CORPORATION, et al.,<br><br>　　　　Defendants. | Case No. 12-cv-01143-YGR<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

# PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, April 11, 2016 at 2:00 p.m. |
| REFERRED TO ADR TO BE COMPLETED BY: | January 17, 2016 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | Only with Court Approval |
| NON-EXPERT DISCOVERY CUTOFF: | May 31, 2016 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Simultaneous Openings: June 17, 2016<br>Rebuttal: July 13, 2016 |
| EXPERT DISCOVERY CUTOFF: | July 29, 2016 |
| DISPOSITIVE MOTIONS[1] / DAUBERT MOTIONS TO BE HEARD BY: | October 4, 2016 [Filed by 8/30/16] |
| COMPLIANCE HEARING (*SEE* PAGE 2) | *Monday, November 28, 2016 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | December 2, 2016 |
| PRETRIAL CONFERENCE: | *Wednesday, December 14, 2016 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, January 9, 2017 at 8:30 a.m. for 5 days [Jury selection 1/6/17 at 8:30am] (Jury Trial) |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

1  Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet
2  and confer at least twenty-one (21) days in advance of the Pretrial Conference.  The compliance
3  hearing on Monday, November 28, 2016 at 9:01 a.m. is intended to confirm that counsel have
4  reviewed the Court's Pretrial Setting Instructions and are in compliance therewith.  The
5  compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland,
6  California, in Courtroom 1.  Five (5) business days prior to the date of the compliance hearing, the
7  parties shall file a one-page JOINT STATEMENT confirming they have complied with this
8  requirement or explaining their failure to comply.  If compliance is complete, the parties need not
9  appear and the compliance hearing will be taken off calendar.  Telephonic appearances will be
10 allowed if the parties have submitted a joint statement in a timely fashion.  Failure to do so may
11 result in sanctions.

12      The parties must comply with both the Court's Standing Order in Civil Cases and Standing
13 Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures.  All
14 Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

15  **IT IS SO ORDERED.**

16  Dated: October 26, 2015

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge