DAVIS WRIGHT TREMAINE LLP
MARTIN L. FINEMAN, Bar No. 1104413
505 Montgomery Street, Suite 800
San Francisco, CA 94111
Telephone: (415) 276-6575
Fax: (415) 276-6599
E-mail: martinfineman@dwt.com

NIRO, HALLER & NIRO
Raymond P. Niro (Member of the N.D. Cal. Bar)
Daniel R. Ferri (Admitted *Pro Hac Vice*)
181 West Madison, Suite 4600
Chicago, IL 60602-4515
Telephone: (312) 236-0733
Fax: (312) 236-3137
E-mail: rniro@nshn.com
E-mail: dferri@nshn.com

Attorneys for Plaintiff
Cascades Computer Innovation LLC

Additional counsel listed on signature pages

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| CASCADES COMPUTER INNOVATION LLC,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>RPX CORPORATION; HTC CORPORATION; MOTOROLA MOBILITY LLC; and SAMSUNG ELECTRONICS CO. LTD.,<br><br>　　　　　　　　　Defendants. | Case No. 4:12-cv-1143 (YGR)<br><br>**JOINT COMPLIANCE STATEMENT**<br><br>Date:　　　　November 6, 2015<br>Time:　　　　9:01 a.m.<br>Courtroom:　1, Fourth Floor<br>Before the Honorable Yvonne Gonzalez Rogers |

　　　Pursuant to the Court's October 21, 2015 Order Setting Compliance Hearing (Dkt. No. 177), Plaintiff Cascades Computer Innovation LLC and Defendants RPX Corporation and Samsung Electronics Co., Ltd. (constituting all of the remaining parties to this litigation) hereby respectfully submit the following Joint Mediation Compliance Statement:

JOINT MEDIATION COMPLIANCE STATEMENT– CASCADES V. RPX, CASE NO. 4:12-cv-1143 YGR
DWT 28217987

1. The parties have agreed to mediate this dispute before the Honorable Vaughn Walker (ret.).
2. The mediation is scheduled for December 9, 2015.
3. The parties have agreed to and have submitted to the Court a Stipulated Protective Order (Dkt. No. 180) in accordance with the Court's directions at the October 19, 2015 Case Management Conference.

                                        Respectfully Submitted,

Dated: October 30, 2015

NIRO, HALLER & NIRO
DAVIS WRIGHT TREMAINE LLP

By: */s/ Martin L. Fineman*
      Martin L. Fineman

Attorneys for Plaintiff
Cascades Computer Innovation LLC

Dated: October 30, 2015

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
4 Embarcadero Center, 17th Floor
San Francisco, CA  94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
E-mail: mscarborough@sheppardmullin.com

By: */s/ Michael W. Scarborough*
      Michael W. Scarborough

Attorneys for Defendant
Samsung Electronics Co., Ltd.

| | |
|---|---|
| Dated: October 30, 2015 | LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA  94111-6538<br>Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095<br>E-mail: aaron.chiu@lw.com<br><br>By:  */s/  Aaron T.Chiu*<br>       Aaron T. Chiu<br><br>Attorneys for Defendant<br>RPX Corporation |

<u>E-FILING ATTESTATION</u>

I, MARTIN L. FINEMAN, am the ECF User whose ID and password are being used to file this document.  In compliance with Northern District of California Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified has concurred to this filing.

<u>/s/  Martin L. Fineman</u>
Martin L. Fineman