DAVIS WRIGHT TREMAINE LLP
MARTIN L. FINEMAN, Bar No. 1104413
505 Montgomery Street, Suite 800
San Francisco, CA 94111
Telephone: (415) 276-6575
Fax: (415) 276-6599
Email: martinfineman@dwt.com

NIRO, HALLER & NIRO
Raymond P. Niro (Member of the N.D. Cal. Bar)
Daniel R. Ferri (*Pro Hac Vice*)
181 West Madison, Suite 4600
Chicago, IL 60602-4515
Telephone: (312) 236-0733
Fax: (312) 236-3137
E-mail: rniro@nshn.com
E-mail: dferri@nshn.com

*Attorneys for Plaintiff*
*Cascades Computer Innovation LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| CASCADES COMPUTER INNOVATION LLC,<br><br>                    Plaintiff,<br><br>    v.<br><br>RPX CORPORATION and SAMSUNG ELECTRONICS CO. LTD.,<br>                    Defendants. | Case No. 4:12-cv-1143 (YGR)<br><br>The Honorable Yvonne Gonzalez Rogers<br><br>Magistrate Judge Donna M. Ryu<br><br>**CASCADES' COURT-REQUESTED OPENING BRIEF REGARDING THE REMAINING STATE LAW CLAIMS** |

Cascades intends to pursue its state court claims in state court, and therefore, requests that the Court decline to exercise supplemental jurisdiction over Count V (for violation of the Cartwright Act, Cal. Bus. & Prof. Code §§ 16700 *et seq.*) and Count VI (for violation of California's Unfair Competition Law, Cal. Bus. & Prof. Code §§ 17200 *et seq.*). The parties have

conferred regarding the resolution of the state law claims, but could not reach an agreement because Defendants insist that the state law claims must be dismissed with prejudice.

Having dismissed the federal antitrust claims over which it had original jurisdiction, the Court should simply decline to exercise supplemental jurisdiction over the remaining state law claims under 28 U.S.C. § 1367(c)(3). Dismissing the state claims with prejudice would be inappropriate where there has been no finding on the merits that Cascades is unlikely to be able to successfully re-plead these claims in state court. Hence, Cascades requests that the Court exercise its discretion, and decline supplemental jurisdiction, so that Cascades can pursue its California state law claims in California state court.

Dated: March 4, 2016

Respectfully submitted,

*/s/Raymond P. Niro*
NIRO, HALLER & NIRO
Raymond P. Niro (Member of the N.D. Cal. Bar)
Daniel R. Ferri (*Pro Hac Vice*)
181 West Madison, Suite 4600
Chicago, IL 60602-4515
Telephone: (312) 236-0733
Fax: (312) 236-3137
E-mails: rniro@nshn.com; dferri@nshn.com;

DAVIS WRIGHT TREMAINE LLP
MARTIN L. FINEMAN, Bar No. 1104413
505 Montgomery Street, Suite 808
San Francisco, CA 94111
Telephone: (415) 276-6575
Fax: (415) 276-6599
Email: martinfineman@dwt.com

*Attorneys for Plaintiff*
*Cascades Computer Innovation LLC*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 4, 2016 the foregoing **CASCADES' OPENING BRIEF REGARDING THE REMAINING STATE LAW CLAIMS** was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following counsel of record.

| | |
|---|---|
| Hanno Kaiser<br>Alfred Carroll Pfeiffer, Jr.<br>Aaron T. Chiu<br>Ana Garedea<br>LATHAM & WATKINS<br>505 Montgomery Street – Suite 2000<br>San Francisco, CA 94111<br>Phone: (415) 391-0600<br>Emails: Hanno.kaiser@lw.com;<br>Al.pfeiffer@lw.com;<br>Aaron.chiu@lw.com;<br>Ana.gardea@lw.com<br><br>***Attorneys for RPX Corporation*** | Michael W. Scarborough<br>SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111−4106<br>Phone: (415) 434-9100<br>Emails: mscarborough@smrh.com<br><br>***Attorneys for Samsung Electronics Co. Ltd.*** |

I certify that all parties in this case are represented by counsel who are CM/ECF participants.

                                */s/Raymond P. Niro*
                                NIRO, HALLER & NIRO
                                *Attorneys for Plaintiff,*
                                *Cascades Computer Innovation LLC*