UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CASCADES COMPUTER INNOVATION LLC**,<br>　　　　Plaintiff,<br><br>　　v.<br><br>**RPX CORPORATION, ET AL.**,<br>　　　　Defendants. | Case No.  12-cv-01143-YGR<br><br>**ORDER MODIFYING SUPPLEMENTAL BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 201 |

In light of the contents of the supplemental opening briefs filed by the parties, the Court **MODIFIES** the supplemental briefing schedule (Dkt. No. 201 at 11) as follows: defendants' supplemental reply brief is now due on **March 16, 2016**, and shall address any arguments raised in plaintiff's reply.  Plaintiff's reply remains due on March 11, 2016.

**IT IS SO ORDERED.**

Dated: March 7, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**