UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CASCADES COMPUTER INNOVATION LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>RPX CORPORATION and SAMSUNG ELECTRONICS, CO., LTD.<br><br>    Defendants. | Case No. 4:12-cv-01143 YGR<br><br>[PROPOSED] **FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE**<br><br>\*AS MODIFIED BY THE COURT\* |

1   On February 23, 2016, this Court entered an order dismissing with prejudice Plaintiff Cascades Computer Innovation LLC's ("Plaintiff") claims under federal antitrust law (Counts I-IV). (ECF No. 201). On March 25, 2016, this Court entered an order dismissing with prejudice Plaintiff's remaining claims under California's Cartwright Act (Count V) and Unfair Competition Law (Count VI). (ECF No. 207). Thus, all claims before the Court have been dismissed on their merits and with prejudice.

Accordingly, pursuant to Rule 58(b)(2)(B) of the Federal Rules of Civil Procedure, **FINAL JUDGMENT** is hereby entered as follows:

1. Judgment is entered for Defendants RPX Corporation and Samsung Electronics, Co., Ltd. and against Plaintiff.

This Order terminates Docket Number 208.

DATED:  April 7, 2016

_____
YVONNE GONZALEZ ROGERS
U.S. DISTRICT COURT JUDGE